**Electronically Filed
Supreme Court
SCWC-19-0000577
03-MAR-2021
12:47 PM
Dkt. 13 ODAC**

SCWC-19-0000577

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

DESMOND C.K. PULGADOS,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000577; CASE NOS. 2PC161001012, 2CPC-17-0000224,
2CPC-17-0000227, 2CPC-17-0000291, 2CPC-17-0000416,
2CPC-17-0000610, and 2CPC-18-0000179)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner State of Hawaiʻi's application for writ of

certiorari, filed on January 19, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

